# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LATESHIA PATILLO                                                                                    PLAINTIFF

v.                                        No. 4:16CV00722 JLH

SYSCO FOODS OF ARKANSAS, LLC                                                       DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 1st day of June, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE