# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LATESHIA PATILLO                                                                      PLAINTIFF

v.                                       NO. 4:16CV00722 JLH

SYSCO ARKANSAS, a Division of
Sysco USA II, LLC                                                                     DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Sysco Arkansas, a Division of Sysco USA II, LLC, on the claims of Lateshia Patillo. The complaint of Lateshia Patillo is dismissed with prejudice.

IT IS SO ORDERED this 7th day of May, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE